# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2012

141559-60 (97)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THOMAS LaMEAU, Personal Representative of
the Estate of John M. Crnkovich, Deceased,
        Plaintiff-Appellee,

v

CITY OF ROYAL OAK, ELDEN DANIELSON,
and BRYAN WARJU,
        Defendants-Appellants,
and

DETROIT EDISON COMPANY and GAGLIO
PR CEMENT CORPORATION,
        Defendants-Appellees.

SC: 141559-60
COA: 290059, 292006
Oakland CC: 07-083761-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's December 21, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH and HATHAWAY, JJ., would grant reconsideration and would deny leave to appeal.

      MARILYN KELLY, J., would grant reconsideration for the reasons set forth in her dissenting statement in this case, 490 Mich 949 (2011).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012

Clerk

t0314